UNITED STATES DISTRICT COURT OF THE
DISTRICT OF COLUMBIA

NATIONAL SHOPMEN PENSION FUND, *et. al.* )
)
               Plaintiffs, )      Civ. No. 06-2078 JDB
)
    v. )
)
PHILLIP E. PRINCE, JR. )
)
               Defendant. )
)
_____ )

## AFFIDAVIT OF SERVICE
## ON DEFENDANT PHILLIP E. PRINCE, JR.

I hereby affirm that a copy of Plaintiffs' complaint and summons was served on Defendant

on December 8, 2006, via overnight delivery at the following address:

      Phillip E. Prince, Jr.
      2913 East 117th Street, FL. 2
      Cleveland, OH 44120-2627

I declare that the foregoing is true and correct.

Date: December 8, 2006

                               Brent Glodowski
                               SLEVIN & HART, P.C.
                               1625 Massachusetts Ave., N.W., Suite 450
                               Washington, D.C.  20036
                               (202) 797-8700

                               Paralegal

@PFDesktop\::ODMA/PCDOCS/SLEVINHARTDM/23690/1

EXHIBIT A

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>12/8/06 |
| NAME OF SERVER *(PRINT)*<br>Brent Glodowski | TITLE<br>Paralegal |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:    Residence: 2913 E. 117th Street,
2nd Floor, Cleveland, OH  44120-2627, Signed for by Prince

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☐ Other (specify): _____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/8/06
_____
Date

_____
*Signature of Server*

Slevin & Hart, P.C.
1625 Massachusetts Avenue, NW, Ste. 450
Washington, DC  20036
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



Home | About UPS | Contact UPS | Getting Started @ UPS.com



**UPS Uni**

| Shipping | **Tracking** | Support | Business Solutions |

Log-In  User ID: [        ]    Password: [        ]  → | Forgot Password

## Tracking

→ **Track Shipments**
  › Track by Reference
  › Get Signature Images
  › Track by E-mail
  › Import Tracking
    Numbers 🔒
  › SMS Tracking
→ Track with Quantum View
→ Access Flex Global View
→ Integrate Tracking Tools
→ Void a Shipment 🔒
→ Help

**Find Answers to Your
Tracking Questions**

→ Go to Tracking FAQ

# Track Shipments

**Track Packages & Freight     Quantum View     Flex Global View**

**Tracking Detail**                                    Printer Frie...

**Your package has been delivered.**

| | |
|---|---|
| Tracking Number: | 1Z F2R 941 01 9863 598 6 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered on: | 12/08/2006 9:12 A.M. |
| Signed by: | PRINCE |
| Location: | RESIDENTIAL |
| Delivered to: | US |
| Shipped or Billed on: | 12/07/2006 |
| Service Type: | NEXT DAY AIR |

### Package Progress

| Location | Date | Local Time | Description |
|---|---|---|---|
| CLEVELAND, OH, US | 12/08/2006 | 9:12 A.M. | DELIVERY |
| | 12/08/2006 | 7:16 A.M. | OUT FOR DELIVERY |
| | 12/08/2006 | 7:14 A.M. | ARRIVAL SCAN |
| | 12/08/2006 | 6:51 A.M. | DEPARTURE SCAN |
| | 12/08/2006 | 6:07 A.M. | ARRIVAL SCAN |
| LOUISVILLE, KY, US | 12/08/2006 | 5:00 A.M. | DEPARTURE SCAN |
| | 12/08/2006 | 12:22 A.M. | ARRIVAL SCAN |
| CHANTILLY, VA, US | 12/07/2006 | 10:46 P.M. | DEPARTURE SCAN |
| | 12/07/2006 | 10:05 P.M. | ARRIVAL SCAN |
| LANDOVER, MD, US | 12/07/2006 | 9:35 P.M. | DEPARTURE SCAN |
| | 12/07/2006 | 8:43 P.M. | ORIGIN SCAN |
| LANDOVER, DC, US | 12/07/2006 | 6:28 P.M. | PICKUP SCAN |
| US | 12/07/2006 | 5:24 P.M. | BILLING INFORMATION RECEIV... |

Tracking results provided by UPS:  12/08/2006 4:09 P.M.  EST (USA)

Printer Friendly

**Get Notified: Quantum View Notify<sup>SM</sup>**

Log in or register to e-mail this page to up to three recipients.

→ Log in
→ Register

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tend for you to UPS for delivery and for no other purpose. Any other use of UPS tracking syste information is strictly prohibited.

← Back to Tracking Summary

Home | Shipping | Tracking | Support | Business Solutions | About UPS | Contact UPS | Register | Getting Started | Site Guide | Advan UPS Global | UPS Corporate

Copyright © 1994-2006 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use | Privacy Policy | Trademarks | Tariff | Terms and Conditions of Service