UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATIONAL SHOPMEN PENSION FUND, *et. al.* <br> Plaintiffs, <br> v. <br> PHILLIP E. PRINCE, JR. <br> Defendant. | Civil Action No. 06-2078 JDB |

## AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify this 3rd day of January, 2007 that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant, Phillip E. Prince, Jr., was served with process via overnight mail pursuant to the provisions of Fed. R. Civ. P. Rule 4(e)(1) and DC Code sec. 13-431(a)(2), at following address:

> Phillip E. Prince, Jr.
> 2913 East 117th Street, FL. 2
> Cleveland, OH 44120-2627

I further certify that: no appearance has been entered by the Defendant in this case; no pleading has been filed and none served upon the attorney for the plaintiffs; and that the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant.

Respectfully Submitted,

/s/ Marc Rifkind
Marc H. Rifkind, Esq. (D.C. Bar No. 416183)
SLEVIN & HART, P.C.
1625 Massachusetts Avenue, NW, Suite 450
Washington, DC  20036
202-797-8700  (Telephone)
202-234-8231  (Facsimile)

Dated: January 3, 2007                    Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify this 3rd day of January, 2007, that I caused to be served a copy of the foregoing Affidavit in Support of Default by sending a copy of same first-class delivery, postage-prepaid to the following party:

>Phillip E. Prince, Jr.
>2913 East 117th Street, FL. 2
>Cleveland, OH 44120-2627

Respectfully submitted,

Dated: January 3, 2007

/s/ Marc Rifkind
Marc Rifkind
SLEVIN & HART, P.C.
1625 Massachusetts Ave., N.W., Suite 450
Washington, D.C. 20036
(202) 797-8700

Counsel for Plaintiffs

@PFDesktop\::ODMA/PCDOCS/SLEVINHARTDM/27167/1