UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL SHOPMEN PENSION FUND, and BOARD OF TRUSTEES OF THE NATIONAL SHOPMEN PENSION FUND<br>Plaintiffs,<br><br>v.<br><br>PHILLIP E. PRINCE, JR.<br><br>Defendant. | Civil Action No. 1:06-cv-02078-JDB |

## MOTION FOR ENTRY OF DEFAULT JUDGMENT

Plaintiffs move the Court, pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, for entry of a partial judgment in favor of Plaintiffs and against Defendants as follows:

1. Judgment ordering Phillip E. Prince, Jr. ("Defendant" or "Prince") to pay to Plaintiffs National Shopmen Pension Fund ("Fund") and its Trustees pension benefits erroneously paid to Defendant in the amount of $16,133.00;

2. Judgment ordering Defendants to pay to the Fund the attorneys' fees and costs that it incurred in pursing this litigation in the amount of $2,308.49.

In support of this Motion, Plaintiffs submit the attached Memorandum of Points and Authorities, and Affidavit of Marc Rifkind, Esq.

                                              Respectfully submitted,

Dated: <u>February 5, 2007</u>          <u>/s/ Marc Rifkind</u>
                                        Marc Rifkind, Esq. (D.C. Bar No. 416183)
                                        SLEVIN & HART, P.C.
                                        1625 Massachusetts Avenue, NW, Suite 450
                                        Washington, DC  20036
                                        202-797-8700  (Telephone)
                                        202-234-8231  (Facsimile)

                                        Counsel for Plaintiff

## CERTIFICATE OF SERVICE

      I hereby certify this 6th day of February, 2007, that I caused to be served a copy of the foregoing Motion for Default Judgment and the proposed Judgment via overnight delivery, postage-prepaid to the following party:

                            PHILLIP E. PRINCE JR.
                            2913 East 117th Street, Floor 2
                            Cleveland, OH 44120-2627

Dated: <u>February 5, 2007</u>　　　　　　　　　　<u>/s/ Marc Rifkind</u>
                                                Marc Rifkind

                                                Counsel for Plaintiffs

29800

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL SHOPMEN PENSION FUND<br>and BOARD OF TRUSTEES OF THE<br>NATIONAL SHOPMEN PENSION FUND<br><br>Plaintiffs,<br><br>v.<br><br>PHILLIP E. PRINCE, JR.<br><br>Defendant. | Civil Action No. 1:06-cv-02078-JDB |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT

Plaintiffs, National Shopmen Pension Fund ("Fund") and its Trustees, submit this Memorandum in Support of their Motion for Entry of Default Judgment. Plaintiffs filed a complaint in this action on behalf of themselves and on behalf of the Fund's participants and beneficiaries pursuant to Section 502(a)(3) of ERISA, 29 U.S.C. § 1132(a). Default was entered against Defendants in this action on January 4, 2007 for pension benefits erroneously paid to Defendant in the amount of $16,133.00. Thus, the following factual allegations in the complaint are accepted as true, pursuant to FED R. CIV. P. 8(d), and on this basis of these facts, the Fund is entitled to entry of default judgment, pursuant to FED R. CIV. P. 55(a).

1.   The Fund is a multiemployer joint labor-management defined benefit pension fund established pursuant to Section 302(c) of the Labor Management Relations Act (29 U.S.C. 186(c)). It is subject to the Employee Retirement Income Security Act of 1974, 29 U.S.C. §1000 *et seq.* The

Pension Fund maintains its offices and is administered in the District of Columbia. Its purpose is to provide retirement and related benefits to the eligible employees of employers who contribute to the Fund pursuant to various collective bargaining agreements with local unions affiliated with the Shopmen's Local Unions of the International Association of Bridge, Structural and Ornamental Iron Workers, AFL-CIO.

2. Defendant is a resident of Ohio.

3. Defendant was the son of a Plan participant Phillip E. Prince Sr. ("Prince Sr."), who died on August 22, 2000. Defendant had a power of attorney for his father, which allowed him to access funds deposited by the Fund on Prince Sr.'s behalf in an account at the National City Bank in Cleveland, Ohio.

4. Prince Sr. was entitled to a monthly pension benefit for his life from the Fund in the amount of $221.00.

5. Pursuant to Prince Sr.'s instruction, the Fund deposited the payments directly into Prince Sr.'s bank account at the National City Bank in Cleveland, Ohio.

6. After Prince Sr.'s death on August 22, 2000, no further benefits were due or payable to him.

7. Because the Fund was not notified on Prince Sr.'s death, it continued to pay monthly benefits of $221.00 into his account until September 2006.

8. Using his power of attorney, Defendant withdrew the full amount of these erroneous payments, totaling $16,133.00, from his father's account.

9. Despite numerous requests from the Fund to return the $16,133.00 in benefits erroneously paid into Prince Sr.'s account after his death, Defendant has failed to repay the Fund.

10. Attorneys' fees and costs incurred by the Fund for the time period beginning October

2006 through January 2007 are $2,308.49. (See Affidavit of Marc Rifkind, Esq.)

11.     Defendant was served with the Summons and Complaint on December 8, 2006. As of the date of this filing, Defendant has neither filed a responsive pleading nor entered an appearance in this action. Pursuant to Plaintiffs' Motion for Entry of Order of Default, an Entry of Default was entered by the Clerk of Court on January 4, 2007.

## CONCLUSION

On the basis of the foregoing, and the Entry of Default Judgment against Defendant, Plaintiffs request that the Court enter an Order and Judgment for the Plaintiffs in the amount of $18,441.49, which includes the $16,133.00 in pension benefits erroneously paid to the Defendant and the $2,308.49 in attorney's fees and costs associated with this action.

Date: February 5, 2007

/s/ Marc Rifkind
Marc Rifkind, Esq. 416183 (DC)
SLEVIN & HART, P.C.
1625 Massachusetts Ave., NW, Suite 450
Washington, D.C. 20036
(202) 797-8700

Counsel for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL SHOPMEN PENSION FUND, ) <br> and BOARD OF TRUSTEES OF THE ) <br> NATIONAL SHOPMEN PENSION FUND ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> PHILLIP E. PRINCE, JR. ) <br> ) <br> Defendant. ) <br> ) | Civ Action No. 1:06-cv-02078-JDB |

### AFFIDAVIT OF MARC RIFKIND, ESQ.

I, Marc Rifkind, hereby certify under pain and penalty of perjury, that:

1. I am an attorney admitted to practice in the District of Columbia.

2. I received my J.D. degree in 1987 from the University of Michigan.

3. I am presently engaged in the practice of law in the District of Columbia as a principal in the firm of Slevin & Hart, P.C.. The firm is engaged primarily in the practice of employee benefits law and regularly represents joint labor-management employee benefit funds. I have practiced in the field of employee benefits law for approximately 20 years.

4. Paul Esposito is an associate attorney employed by the firm. Brent Glodowski is a legal assistant employed by the firm.

5. Attorney's fees in this matter are set forth in the below chart.

| Individual | Billing Hours | Billing Rate | Total Fee |
|---|---|---|---|
| Marc Rifkind | 0.6 | $240.00 | $144.00 |

| Brent Glodowski | 0.2 | $95.00 | $19.00 |
|---|---|---|---|
| Paul Esposito | 9.5 | $185.00 | $1757.50 |
| **Total** | **10.3** | | **$1920.50** |

6.    Time spent by counsel and legal assistants includes the following tasks: drafting correspondence to defendant regarding delinquency to the Fund; drafting correspondence to PNC Bank regarding return of overpayment; drafting and filing the initial complaint; and drafting Plaintiffs' motion for entry of default and drafting the motion for default judgment pleadings.

7.    Costs in this matter are in the amount of $387.99 and consist of the following: $350.00 in court filing fees, $25.24 in postage fees, and $12.75 in photocopying expenses.

8.    In light of the facts set forth herein, the undersigned submits that Plaintiff's claim for fees in this case is reasonable.

I hereby declare that the foregoing is true and correct.

Dated: February 5, 2007        /s/ Marc Rifkind

Marc Rifkind, Esq.  Bar No. 416183 (DC)
SLEVIN & HART, P.C.
1625 Massachusetts Ave., NW, Suite 450
Washington, DC 20036
(202) 797-8700

29805

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| NATIONAL SHOPMEN PENSION FUND and BOARD OF TRUSTEES OF THE NATIONAL SHOPMEN PENSION FUND<br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>PHILLIP E. PRINCE, JR.<br><br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:06-cv-02078-JDB |

### ORDER

Upon consideration of Plaintiffs' Motion for Entry of Judgment pursuant to Rule 55(b) of the Federal Rules of Civil Procedure and supporting memorandum of points and authorities and supporting affidavits, and, following due notice to Defendants, it is hereby:

ORDERED, that the Plaintiffs' motion be, and hereby is, granted and that default judgment be entered in favor of the National Shopmen Pension Fund ("Fund"), and its Trustees as follows:

1. Defendants shall pay to the Fund pension benefit erroneously paid to the Defendant in the amount of $16,133.00;

2. Defendants shall further pay Plaintiffs the amount of $2,308.49, for attorney's fees and costs incurred by the Fund during this litigation.

_____

Honorable _____
Dated _____