UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NAT'L SHOPMEN PENSION FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PHILLIP E. PRINCE, JR., <br><br> Defendant. | Civil Action No. 06-2078 (JDB) |

FILED

FEB 1 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER AND DEFAULT JUDGMENT

Plaintiffs National Shopmen Pension Fund ("Fund") and its Board of Trustees bring this action against defendant Phillip E. Prince, Jr. ("Prince, Jr.") pursuant to the Employment Retirement Income Security Act ("ERISA"), 29 U.S.C. §§1001-1461. The Fund is a multiemployer pension plan within the meaning of Section 3(37) of ERISA, 29 U.S.C. § 1002(37), and an employee pension benefit plan within the meaning of Sections 3(2) and 3(3) of ERISA, 29 U.S.C. § 1002(2), (3). Plaintiffs seek equitable relief in the nature of restitution and a constructive trust, see ERISA §502(a)(3), 29 U.S.C. § 1132(a)(3), and pursuant to the theory of unjust enrichment and restitution under District of Columbia law.

Prince, Jr. is the son of, and at all relevant times had a power of attorney for, Phillip E. Prince, Sr., ("Prince, Sr.") a participant in the Fund. Compl. ¶ 5. Under the terms of the Fund, Prince, Sr. received a single life annuity to be paid during his life and to cease upon his death. Id. ¶ 10. The annuity was deposited directly into Prince, Sr.'s bank account at the National City Bank in Cleveland, Ohio. Id. ¶ 11. Although Prince, Sr. died on August 22, 2000, the Fund continued

to deposit annuity payments in his bank account until September 2006, at which time the Fund became aware of Prince, Sr.'s death through a routine search of Social Security Death Index records. Id. ¶ 12-14. Between August 2000 and September 2006, the Fund mistakenly deposited $16,133.00 into Prince, Sr.'s bank account. Id. ¶ 15. Prince, Jr. withdrew the $16,133.00 from Prince, Sr.'s account using his power of attorney. Id. ¶ 16. Plaintiffs seek judgment by default against Prince, Jr. in the amount of $16,133.00, plus attorney's fees and costs.

Plaintiffs served the complaint upon Prince, Jr. at his residence in Cleveland, Ohio on December 8, 2006. See Fed. R. Civ. P. 4(e) (service upon individual within judicial district of United States). Prince, Jr. has not answered or otherwise responded to the complaint. On January 4, 2007, pursuant to Fed. R. Civ. P. 55(a), the Clerk of the Court entered a default against Prince, Jr. Plaintiffs subsequently submitted the pending motion for default judgment on February 6, 2007.

The Court has reviewed the motion for default judgment and the accompanying exhibits, and has determined that default judgment in the amounts and nature sought is appropriate as set forth below. Accordingly, it is hereby **ORDERED** that:

1. Plaintiffs' motion for default judgment is **GRANTED**.

2. Judgment is entered in favor of plaintiffs and against defendant Prince, Jr. in the amount of $18,441.49, itemized as follows:

    (a) Equitable relief in the amount of $16,133.00, for Fund pension benefits erroneously deposited in Prince, Sr.'s bank account between August 2000 and September 2006.

      (b)    Attorney's fees and costs in the amount of $2,308.49, as provided for by 29 U.S.C. § 1132(g).

**SO ORDERED.**

                                              /s/ John D. Bates  
                                            JOHN D. BATES  
                                          United States District Judge

Dated:  February 14, 2007