UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL SHOPMEN PENSION FUND, and BOARD OF TRUSTEES OF THE NATIONAL SHOPMEN PENSION FUND<br>Plaintiffs,<br><br>v.<br><br>PHILLIP E. PRINCE, JR.<br><br>Defendant. | Civil Action No. 1:06-cv-02078-JDB |

## MOTION TO AMEND DEFAULT JUDGMENT

Plaintiffs move the Court, pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, to amend its entry of default judgment dated February 14, 2007 to correct the Defendant's name from Phillip E. Prince, Jr. to Phillip Eugene Prince, aka Phillip Eugene Miller. The complaint and all other papers in this matter were served on Phillip Eugene Prince. Therefore, Plaintiff request that the Court re-issue a default judgment in favor of Plaintiffs and against Defendant as follows:

1. Judgment ordering Defendant Phillip Eugene Prince aka Phillip Eugene Miller to pay to Plaintiffs National Shopmen Pension Fund ("Fund") and its Trustees pension benefits erroneously paid to Defendant in the amount of $16,133.00;

2. Judgment ordering Defendant to pay to the Fund the attorneys' fees and costs that it incurred in pursing this litigation in the amount of $2,308.49.

In support of this Motion, Plaintiffs submit the attached Memorandum of Points and Authorities.

                                          Respectfully submitted,

Dated: 6/22/07                        /s/ Marc Rifkind
                                          Marc Rifkind, Esq. (D.C. Bar No. 416183)
                                          SLEVIN & HART, P.C.
                                          1625 Massachusetts Avenue, NW, Suite 450
                                          Washington, DC   20036
                                          202-797-8700  (Telephone)
                                          202-234-8231  (Facsimile)
                                          Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify this _22_ day of June, 2007, that I caused to be served a copy of the foregoing Motion to Amend Default Judgment and the proposed Judgment via overnight delivery, postage-prepaid to the following party:

>PHILLIP EUGENE PRINCE
>2913 East 117th Street, Floor 2
>Cleveland, OH 44120-2627

Dated: 6/22/07                                         /s/ Marc Rifkind
                                                       Marc Rifkind
                                                       Counsel for Plaintiffs

52247

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL SHOPMEN PENSION FUND<br>and BOARD OF TRUSTEES OF THE<br>NATIONAL SHOPMEN PENSION FUND<br><br>          Plaintiffs,<br>v.<br><br>PHILLIP E. PRINCE, JR.<br><br>          Defendant. | Civil Action No. 1:06-cv-02078-JDB |

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO AMEND DEFAULT JUDGMENT

Plaintiffs, National Shopmen Pension Fund ("Fund") and its Trustees, submit this Memorandum in Support of their Motion for Entry of Default Judgment. Plaintiffs filed a complaint in this action on behalf of themselves and on behalf of the Fund's participants and beneficiaries pursuant to Section 502(a)(3) of ERISA, 29 U.S.C. § 1132(a). Default was entered against Defendants in this action on January 4, 2007 for pension benefits erroneously paid to Defendant in the amount of $16,133.00 and a subsequent entry of default judgment was issued by the court of February 14, 2007 in the amount of $16,133.00, plus an additional $2,304.89 in attorney's fees and costs.

Plaintiffs now request that the default judgment be amended to reflect the true name of the Defendant who was erroneously paid pension benefits in the amount of $16,300. In support of Plaintiff's motion, Plaintiffs assert that the true legal name of the Defendant named in Plaintiff's original complaint was Phillip Eugene Prince, aka Phillip Eugene Miller, and not Phillip Eugene

Prince, Jr., as originally stated, based on the following facts:

1. National City Bank in Cleveland, OH originally reported to Plaintiffs that the name of the person who withdrew former Fund Participant Phillip Prince's pension benefits from his account was "Phillip Eugene Prince, Jr.", the son of the former Fund Participant.

2. Subsequent review of public records indicate that the true legal name of the son of former Fund Participant Phillip Prince was Phillip Eugene Prince, aka Phillip Eugene Miller, and not Phillip Eugene Prince, Jr.

3. Plaintiffs confirmed with National City Bank that the social security number of the person who withdrew Participant's pension benefits from the aforementioned account, via a power of attorney, was the same as the social security number of Phillip Eugene Prince.

4. Defendant Phillip Eugene Prince currently resides at 2913 East 117th St., Floor 2 in Cleveland, OH 44120-2627, the address at which the Defendant was served, via overnight delivery, with the complaint and all other papers in this case.

## CONCLUSION

On the basis of the foregoing, and the Entry of Default Judgment against Defendant, Plaintiffs request that the Court enter an Order and Judgment for the Plaintiffs in the amount of $18,441.49, which includes the $16,133.00 in pension benefits erroneously paid to the Defendant and the $2,308.49 in attorney's fees and costs associated with this action.

Date: 6/22/07

/s/ Marc Rifkind
Marc Rifkind, Esq. 416183 (DC)
SLEVIN & HART, P.C.
1625 Massachusetts Ave., NW, Suite 450
Washington, D.C.  20036
(202) 797-8700
Counsel for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL SHOPMEN PENSION FUND and BOARD OF TRUSTEES OF THE NATIONAL SHOPMEN PENSION FUND<br>Plaintiffs,<br><br>v.<br><br>PHILLIP E. PRINCE, JR.<br>Defendant. | Civil Action No. 1:06-cv-02078-JDB |

## ORDER

Upon consideration of Plaintiffs' Motion for Entry of Judgment pursuant to Rule 55(b) of the Federal Rules of Civil Procedure and supporting memorandum of points and authorities and supporting affidavits, and, following due notice to Defendants, it is hereby:

ORDERED, that the Plaintiffs' motion be, and hereby is, granted and that default judgment be amended in favor of the National Shopmen Pension Fund ("Fund"), and its Trustees, to state as follows:

1. Defendant Phillip Eugene Prince, aka Phillip Eugene Miller, shall pay to the Fund pension benefit erroneously paid to the Defendant in the amount of $16,133.00;

2. Defendants shall further pay Plaintiffs the amount of $2,308.49, for attorney's fees and costs incurred by the Fund during this litigation.

Honorable _____

Dated _____