UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL SHOPMEN PENSION FUND )
and BOARD OF TRUSTEES OF THE )
NATIONAL SHOPMEN PENSION FUND )
                Plaintiffs, )
                          )   Civil Action No. 1:06-cv-02078-JDB
        v. )
                          )
PHILLIP E. PRINCE, JR. )
                          )
            Defendant. )

FILED
AUG 21 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Upon consideration of Plaintiffs' Motion for Entry of Judgment pursuant to Rule 55(b) of the Federal Rules of Civil Procedure and supporting memorandum of points and authorities and supporting affidavits, and, following due notice to Defendants, it is hereby:

ORDERED, that the Plaintiffs' motion be, and hereby is, granted and that default judgment be amended in favor of the National Shopmen Pension Fund ("Fund"), and its Trustees, to state as follows:

1. Defendant Phillip Eugene Prince, aka Phillip Eugene Miller, shall pay to the Fund pension benefit erroneously paid to the Defendant in the amount of $16,133.00;

2. Defendants shall further pay Plaintiffs the amount of $2,308.49, for attorney's fees and costs incurred by the Fund during this litigation.

                                              John D. Bates
                                 United States District Judge

Dated   August 20, 2007